## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **WHITNEY MORRIS**          ) | |
| )                            | |
| **PLAINTIFF**                ) | |
| )                            | |
| )                            | |
| v.                           ) | **CIVIL ACTION NO.** |
| )                            | **1:24-cv-00003-JRS-MJD** |
| )                            | |
| **CROWN SERVICES, INC. OF INDIANA** ) | |
| **d/b/a CROWN STAFFING**     ) | |
| )                            | |
| **DEFENDANT**                ) | |
| )                            | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come the parties, jointly, by and through counsel, having agreed to a settlement of all claims which were or might have been alleged in this action, and the Court being otherwise duly and sufficiently advised:

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Complaint and all claims asserted therein are **DISMISSED WITH PREJUDICE.**

This is a final and appealable Order, there being no just cause for delay.

So ordered.

Date: 9/16/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

COPIES TO:

All ECF Counsel of Record

**HAVE SEEN AND AGREED TO:**

<u>/s/ Craig M. Williams (w/ permission)</u>
John H. Haskin
Craig M. Williams
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, IN 46204
Telephone: (317) 955-9500
Facsimile: (317) 955-2570
jhaskin@jhaskinlaw.com
cwilliams@jhaskinlaw.com

*Counsel for Plaintiff*

<u>/s/ Trent A. Taylor</u>
Trent A. Taylor
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
Telephone: (502) 581-8000
Facsimile: (502) 581-8111
trent.taylor@dinsmore.com

Faith C. Whittaker
Dinsmore & Shohl LLP
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 977-8491
Facsimile: (513) 977-8141
faith.whittaker@dinsmore.com

*Counsel for Defendant*